**Order entered June 25, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01330-CV

### IN THE INTEREST OF J.A.H & J.A.H, Children

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-13133-R**

## ORDER

The clerk's record in this case is overdue. By opinion and order dated November 7, 2014, the Court, on appellant's motion, reviewed the trial court's order sustaining the contests to her affidavit of indigence and determined the trial court's order should be affirmed. Thereafter, we denied appellant's motion for rehearing and motion for reconsideration en banc. By letter dated February 6, 2015, we informed appellant the clerk's record had not been filed because the District Clerk notified the Court the record had not been filed because appellant had not paid or made arrangements to pay for the clerk's record. On February 9, 2015, appellant responded to the Court by letter notifying the Court payment arrangements had been made and attached a copy of the receipt for $728.00 for the initial payment for the clerk's record. The same day, the District Clerk filed a letter with this Court detailing the payment agreement reached with appellant. In that letter, the District Clerk stated the clerk's record would be filed with this Court after the initial payment had been received.

Because the initial payment for the clerk's record has been received by the District Clerk, we **ORDER** the Dallas County District Clerk Felicia Pitre to file the clerk's record in this case within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Dallas County District Clerk Felicia Pitre.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE